```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

```
THOMAS LOUIS WILLIAMS,             §
     Petitioner,                   §
                                   §
VS.                                §   CIVIL ACTION NO.4:05-CV-102-Y
                                   §
DOUGLAS DRETKE, DIRECTOR,          §
T.D.C.J.,Correctional              §
Institutions DIV.,                 §
     RESPONDENT.                   §
```

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
---

In this action brought by petitioner Thomas Louis Williams under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States Magistrate Judge filed on April 8, 2005; and

3. The Petitioner's written objections to the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on April 18, 2005.

The Court, after _de novo_ review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and they are hereby, ADOPTED.

It is further ORDERED that Petitioner's Petition for Writ of Habeas Corpus be, and it is hereby, DISMISSED WITH PREJUDICE.

SIGNED April 26, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE